**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NOOUR, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| INSURGENT BRANDS LLC ) | Removed from the Circuit Court of Cook |
| (f/k/a CHICAGO BAR COMPANY LLC, ) | County, Illinois |
| d/b/a RXBAR) and KELLOGG COMPANY, ) | |
| ) | State No. 2019 L 008197 |
| Defendants. ) | |
| ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants Insurgent Brands LLC and Kellogg Company disclose as follows:

1. Defendant Insurgent Brands LLC, is wholly owned by Kellogg USA LLC, which is in turn wholly owned by the Defendant Kellogg Company.

2. Defendant Kellogg Company, is a publicly traded company incorporated in the State of Delaware.

Dated: September 16, 2019

Respectfully submitted,

INSURGENT BRANDS LLC and
KELLOGG COMPANY

By: _/s/ Christopher Tompkins_
        One of their attorneys

Dean N. Panos (#6203600)
Christopher Tompkins (#6273167)
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Tel: (312) 222-9350
dpanos@jenner.com
ctompkins@jenner.com

**Certificate of Service**

      I, Christopher Tompkins, an attorney, hereby certifies that I served the foregoing Corporate Disclosure Statement on the following by messenger on this, the 16th day of September, 2019:

                Thomas G. Gardiner
                Michelle M. Lagrotta
                Barry C. Owen
                Gardiner Koch Weisberg & Wrona
                53 W. Jackson Blvd., Suite 950
                Chicago, IL 60604

                                              /s/ Christopher Tompkins