UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOOUR, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:19-cv-06174 |
| v. ) | |
| ) | Judge Charles R. Norgle |
| INSURGENT BRANDS LLC ) | |
| (f/k/a CHICAGO BAR COMPANY LLC, ) | Mag. Judge Jeffrey T. Gilbert |
| d/b/a RXBAR) and KELLOGG COMPANY, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, November 8, 2019 at 10:30 a.m., or as soon thereafter as we may be heard, counsel for the Defendants Insurgent Brands LLC and Kellogg Company shall appear before the Honorable Charles R. Norgle, or any judge sitting in his stead, in Courtroom 2341 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached ***Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)***, a copy of which is hereby served upon you.

Dated: November 1, 2019

Respectfully submitted,

INSURGENT BRANDS LLC and
KELLOGG COMPANY

By: /s/ Christopher Tompkins
One of their attorneys

Dean N. Panos (#6203600)
Christopher Tompkins (#6273167)
Emma O'Connor (#6330221)
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Tel: (312) 222-9350
dpanos@jenner.com
ctompkins@jenner.com
eoconnor@jenner.com

## CERTIFICATE OF SERVICE

I, Christopher Tompkins, an attorney, hereby certify that on this 1st day of November, 2019, I caused a copy of the foregoing *Notice of Motion* to be filed with the Clerk of Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

*/s/ Christopher Tompkins*
Attorney for Defendants
