# Exhibit 1

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NOOUR, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cv-06174 ) ) |
| INSURGENT BRANDS LLC (f/k/a CHICAGO BAR COMPANY LLC, d/b/a RXBAR) and KELLOGG COMPANY, | ) Judge Charles R. Norgle ) ) Mag. Judge Jeffrey T. Gilbert ) ) |
| Defendants. | ) |

| | |
|---|---|
| INSURGENT BRANDS LLC (f/k/a CHICAGO BAR COMPANY LLC, d/b/a RXBAR), | ) ) ) ) Case No. 1:19-cv-06174 |
| Counter-Plaintiff, | ) ) Judge Charles R. Norgle |
| v. | ) ) Mag. Judge Jeffrey T. Gilbert ) |
| NOOUR, INC., | ) ) |
| Counter-Defendant. | ) |

## [~~PROPOSED~~] REVISED PRETRIAL SCHEDULING ORDER

On this date, the Court considered the parties' joint proposal for a pretrial schedule.

Upon due consideration, the Court hereby adopts the parties' proposal and orders as follows:

| **Event** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| *Fact Discovery* | | |
| Close of fact discovery. | 08/09/2021 | 11/09/2021 |
| *Expert Discovery* | | |

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Plaintiff provides Rule 26(a)(2) expert disclosure(s). | 08/23/2021 | 12/09/2021 |
| Defendants provides Rule 26(a)(2) expert disclosure(s). | 09/27/2021 | 01/14/2022 |
| Parties exchange rebuttal Rule 26(a)(2) expert disclosure(s). | 10/25/2021 | 02/18/2022 |
| Close of expert discovery. | 11/30/2021 | 03/10/2022 |

*Pretrial Disclosures & Motions*

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Deadline for dispositive motions. | 01/31/2022 | 05/10/2022 |
| Parties exchange draft final pretrial orders (including witness lists, exhibit lists (and a copy of exhibits), proposed fact stipulations, proposed jury instructions, and deposition designations) (if no dispositive motions filed). | 02/14/2022 | 05/24/2022 |
| Parties file pretrial order. | 03/14/2022 | 06/24/2022 |
| Deadline for motions in limine. | 03/14/2022 | 06/24/2022 |
| Deadline for responses to motions in limine. | 04/04/2021 | 07/14/2022 |
| Final pretrial conference. | TBD | |

*Trial*

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Trial. (1-2 weeks) | TBD | |

SO ORDERED this 7-21-21 day of _____, 2021

Hon. Charles R. Norgle, U.S. District Judge

2