UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOOUR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-06174 |
| v. ) | |
| ) | Judge Charles R. Norgle |
| INSURGENT BRANDS LLC ) | |
| (f/k/a CHICAGO BAR COMPANY LLC, ) | Mag. Judge Jeffrey T. Gilbert |
| d/b/a RXBAR) and KELLOGG COMPANY, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| ) | |
| INSURGENT BRANDS LLC ) | |
| (f/k/a CHICAGO BAR COMPANY LLC, ) | |
| d/b/a RXBAR), ) | Case No. 1:19-cv-06174 |
| ) | |
| Counter-Plaintiff, ) | Judge Charles R. Norgle |
| ) | |
| v. ) | Mag. Judge Jeffrey T. Gilbert |
| ) | |
| NOOUR, INC., ) | |
| ) | |
| Counter-Defendant. ) | |

## REVISED PRETRIAL SCHEDULING ORDER

On this date, the Court considered the parties' joint proposal for a pretrial schedule.

Upon due consideration, the Court hereby adopts the parties' proposal and orders as follows:

| Event | Proposed Deadline |
|---|---|
| *Fact Discovery* | |
| Close of fact discovery. | 11/11/2022 |

| Event | Proposed Deadline |
|---|---|
| *Expert Discovery* | |
| Plaintiff provides Rule 26(a)(2) expert disclosure(s). | 12/02/2022 |
| Defendants provides Rule 26(a)(2) expert disclosure(s). | 01/20/2023 |
| Parties exchange rebuttal Rule 26(a)(2) expert disclosure(s). | 02/17/2023 |
| Close of expert discovery. | 03/24/2023 |
| *Pretrial Disclosures & Motions* | |
| Deadline for dispositive motions. | 04/14/2023 |
| Parties exchange draft final pretrial orders (including witness lists, exhibit lists (and a copy of exhibits), proposed fact stipulations, proposed jury instructions, and deposition designations) (if no dispositive motions filed). | 05/19/2023 |
| Parties file pretrial order. | 06/23/2023 |
| Deadline for motions in limine. | 06/23/2023 |
| Deadline for responses to motions in limine. | 07/14/2023 |
| Final pretrial conference. | TBD |
| *Trial* | |
| Trial. (1-2 weeks) | TBD |

SO ORDERED this 3 day of AUG, 2022

Hon. Charles R. Norgle, U.S. District Judge

2